

1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2781

5

6

7

8
              IN THE UNITED STATES DISTRICT COURT
9
           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  IN RE: 8288 Florintown Way    )  Case No. 10-SW-458 DAD
           Sacramento, CA         )
13                                )  ORDER TO UNSEAL SEARCH WARRANT
                                  )
14  _____ )

15

16      Upon application of the United States of America and good cause

17  having been shown,

18      **IT IS HEREBY ORDERED** that the Search Warrant, Search Warrant

19  Application and the Affidavit in the above referenced case, 10-SW-

20  458 DAD, is hereby ordered **UNSEALED**.

    DATED: 10/20/10
21
                              _____
22                            HONORABLE DALE A. DROZD
                              United States Magistrate Judge
23

24

25

26

27

28

                                1